Louis L. Mason, Claimant-Appellant, v. Henning J. Hansen, Executor of Estate of Christen S. Hansen, Deceased, Respondent-Appellee.

Gen. No. 10,167.

Third District.

May 2, 1958.

Released for publication May 19, 1958.

 Francis
R. Wiley, for appellant; Weilepp, Wilson & Dyar, and Vernon H.
Houchen, for appellee. Opinion by JUDGE ROETH. **Not to be
published in full.**